AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>JOSEPH BOURABAH<br>*Defendant* | ) UNDER SEAL<br>)<br>) Case No. 2:23mj28<br>)<br>) |

Filed 2 2 2023
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of <u>September 20, 2021, up to and including February 2023,</u> in the <u>Eastern</u> District of <u>Virginia</u> and elsewhere, the defendant violated:

| Code Section(s) | Offense Description(s) |
|---|---|
| Count One:<br><br>18 U.S.C. § 2261A(2)(B) | <br><br>Cyberstalking |

This criminal complaint is based on these facts: **Please see attached Affidavit.**

READ AND REVIEWED:

_____
Elizabeth M. Yusi
Assistant United States Attorney

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Megan Beck, FBI, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: February 22, 2023

_____
*Judge's signature*

City and state: Norfolk, Virginia

Douglas E. Miller, U.S. Magistrate Judge
*Printed name and title*