**INITIAL APPEARANCE MINUTES:**

| | | | |
|---|---|---|---|
| Time set: | 2:00 | Date: | 3/23/23 |
| Start Time: | 2:04 | Presiding Judge: | Lawrence R. Leonard, USMJ |
| End Time: | 2:06 | Courtroom Deputy: | Woodcock, L |
| | | Reporter: | FTR |
| Split Time | ( ) | U.S. Attorney: | Matthew Heck |
| | | Defense Counsel: | |
| | | ( ) Retained ( ) Court appointed ( ) AFPD | |
| | | Interpreter: | |

Case Number: 2:23mj28
USA v. Joseph Bourabah

- (X) Deft. Present (X) custody ( ) not in custody
- (X) Initial Appearance ( ) Indictment ( ) Probation Violation Petition ( ) Supervised Release Petition
  ( ) Criminal Information ( ) Rule 5 arrest ( ) Rule 32 arrest (X) Criminal Complaint
- ( ) Defendant consented to video proceedings. Order entered and filed
- (X) Deft. advised of rights, charges and right to counsel
- ( ) Counsel desired ( ) Defendant to retain: _____
- ( ) Oral admonition as required by DPPA given to the prosecutor
- ( ) Defendant's motion to substitute counsel
- ( ) Order to substitute counsel executed and filed in open court
- (X) Financial Affidavit filed in open Court
- (X) Court (X) Directed ( ) Denied appointment of counsel
- (X) Lindsay McCaslin, AFPD present. FPD appointed in open court
- ( ) Court directed defendant to reimburse govt. at rate of $_____ per month. Payments to begin and continue each month thereafter until paid in full.
- ( ) Defendant waived ( ) Removal ( ) Preliminary hearing (In this District only)
- ( ) Defendant executed Waiver of Removal Hearing ( ) Waiver of Identity Hearing (In this District only)
- ( ) Waiver of Detention Hearing (In this District only)
- ( ) Commitment to Another District entered and filed in open court
- ( ) ( ) Preliminary ( ) Removal Hearing set for _____ at _____ before _____ U.S. Magistrate Judge in _____.
- ( ) Preliminary Hearing ( ) Held ( ) Waived. ( ) Defendant stipulated to probable cause
- ( ) Court finds probable cause ( ) Defendant held for Grand Jury ( ) Defendant remanded to custody of U.S. Marshal for removal to charging district
- ( ) Government motion for Detention ( ) Government not seeking detention
- ( ) Government motion to withdraw motion for detention and set bond ( ) Granted ( ) Denied
- ( ) Detention Hearing scheduled for _____ at _____ before _____.
- ( ) Detention Hearing ( ) Held ( ) Waived in _____.
- ( ) Temporary Detention Order entered and filed ( ) Detention Ordered Pending Trial
- ( ) Bond set at $_____
- ( ) Special Conditions of Release: **(See Page 2)**
- (X) Deft. remanded to custody of U. S. Marshal
- ( ) Warrant returned executed and filed in open court
- ( ) Defendant is directed to appear on _____ at _____ for
  ( ) Arraignment ( ) SRVH ( ) PVH ( ) Bench Trial
  ( ) Norfolk ( ) Newport News
- ( ) _____
- (X) Def had det hearing in MD.